1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Matthew A. Stone
4  Assistant United States Attorney
   402 E. Yakima Ave., Suite 210
5  Yakima, WA 98901
6  Telephone: (509) 454-4425



7
          UNITED STATES DISTRICT COURT
8      FOR THE EASTERN DISTRICT OF WASHINGTON
9
       UNITED STATES OF AMERICA,          **1:22-CR-2016-SAB**
10
                          Plaintiff,      INDICTMENT
11
12                                        Vio.: 21 U.S.C. §§ 841(a)(1),
                v.                              (b)(1)(C), 846
13                                              Conspiracy to Distribute a
14     AARON PHELAN UPDYKE,                     Mixture or Substance
                                                Containing a Detectable
15                        Defendant.            Amount of Fentanyl
16                                              (Count 1)
17
                                          21 U.S.C. §§ 841(a)(1),
18                                        (b)(1)(C),
19                                        Distribution of a Mixture or
                                          Substance Containing a
20                                        Detectable Amount of Fentany
21                                        (Count 2)
22
                                          21 U.S.C. § 853
23                                        Forfeiture Allegations
24
25        The Grand Jury charges:

26                          COUNT 1

27     That beginning on a date unknown, but by June 2019, and continuing until

28  December 2019, in the Eastern District of Washington and elsewhere, the

    Defendant AARON PHELAN UPDYKE, and other individuals, both known and

    INDICTMENT – 1

1  unknown to the Grand Jury, did knowingly and intentionally combine, conspire,

2  confederate and agree together with each other to commit the following offense:

3  distribution of a mixture or substance containing a detectable amount of N-

4  phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl) a

5  Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C),

6  846.

### COUNT 2

7

8       That on or about December 7, 2019, in the Eastern District of Washington,

9  the Defendant, AARON PHELAN UPDYKE, did knowingly and intentionally

10 distribute a mixture or substance containing a detectable amount of N-phenyl-N-

11 [1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II

12 controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

13

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

14      The allegations contained in this Indictment are hereby re-alleged and

15 incorporated by reference for the purpose of alleging forfeitures pursuant to 21

16 U.S.C. § 853.

17      Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of

18 21 U.S.C. § 841 as set forth this Indictment, Defendant, AARON PHELAN

19 UPDYKE shall forfeit to the United States of America, any property constituting,

20 or derived from, any proceeds obtained, directly or indirectly, as the result of such

21 offense(s) and any property used or intended to be used, in any manner or part, to

22 commit or to facilitate the commission of the offense(s).

23      If any of the property described above, as a result of any act or omission of

24 the Defendant(s):

25      a.    cannot be located upon the exercise of due diligence;

26      b.    has been transferred or sold to, or deposited with, a third party;

27      c.    has been placed beyond the jurisdiction of the court;

28

INDICTMENT – 2

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 15th day of February 2022.


_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney


_Matthew A. Stone_
Matthew A. Stone
Assistant United States Attorney


INDICTMENT – 3