# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America | ) |
| vs | ) |
| Updyke, Aaron Phelan | ) Case No. 1:22CR02016-SAB-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

On April 27, 2022, Mr. Updyke appeared before the Honorable James P. Hutton, United States Magistrate Judge, for an arraignment on indictment. He was subsequently released onto pretrial supervision with standard conditions. This officer respectfully requests Mr. Updyke's conditions be amended based on being arrested August 30, 2022, for driving under the influence of drugs (case number 2022-00047441) in Bend, Oregon. To be noted, during a search of Mr. Updyke's vehicle, the Deschutes County Sheriff's deputy found alcohol, marijuana debris and a burnt marijuana blunt. According to the Deschutes County District Attorney's office, Mr. Updyke has not been officially charged as of September 21, 2022.

I, Aaron Phelan Updyke, have discussed with Linda Leavitt, United States Probation Officer, and my attorney, the modification of my release as follows:

**Addition of the following special conditions:**

Special Condition #1: Defendant shall submit to a substance abuse evaluation and undergo any recommended treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program.

Special Condition #2: Abstain totally from the use of alcohol.

Special Condition #3: Submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office. Testing is limited to 6 times per month.

Special Condition #4: Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

I consent to this modification of my release conditions and agree to abide by this modification.

| _____ | 10/12/22 | _____ | 10/11/2022 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
| Aaron Phelan Updyke | | Linda Leavitt | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  10/12/22
Signature of Defense Counsel      Date

Ulvar Klein
_____

[X]    The above modification of conditions of release is ordered, to be effective on October 13, 2022.

[ ]    The above modification of conditions of release is <u>not</u> ordered.

_____        October 13, 2022
Signature of Judicial Officer         Date

Alex C. Ekstrom
U.S. Magistrate Judge