,PS 8
(3/15)

Case 1:22-cr-02016-SAB    ECF No. 64    filed 11/08/22    PageID.154    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.　　　　Updyke, Aaron Phelan　　　　Docket No.　　0980 1:22CR02016-SAB-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Aaron Phelan Updyke, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 27th day of April 2022, under the following conditions:

Standard Condition #9: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 27, 2022, Mr. Updyke was released from custody to reside in the District of Oregon. On May 3, 2022, the conditions of pretrial supervision were reviewed and signed by Mr. Updyke, acknowledging an understanding of his conditions.

Violation #1: Mr. Updyke is alleged to be in violation of his pretrial release by consuming marijuana between October 26, and November 4, 2022.

On November 7, 2022, this officer was notified via email from Mr. Updyke's supervising probation officer in the District of Oregon, he had tested positive for marijuana on his random drug test submitted October 28, 2022. On November 7, 2022, per the probation officer, he contacted Mr. Updyke on his cellular telephone regarding the positive drug test and Mr. Updyke admitted to consuming marijuana on October 26, 2022. According to his probation officer, he asked Mr. Updyke when he last consumed marijuana and Mr. Updyke reported his last use was November 4, 2022. Mr. Updyke was reminded he cannot consume marijuana while on federal supervision, even if it is legal in the State of Oregon. Per the supervising probation officer, Mr. Updyke stated he "knew" he was not supposed to consume marijuana.

Per the laboratory results received from Best Care in the District of Oregon, it is noted at the bottom of the lab results Mr. Updyke admitted he consumed marijuana on October 26, 2022, therefore, that is why his drug test was positive on October 28, 2022.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:　　November 7, 2022 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8
**Re: Updyke, Aaron Phelan**
**November 7, 2022**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

          11/8/2022
_____
Date