PROB 12C
(6/16)

**United States District Court**

for the

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

Report Date: April 28, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2026

SEAN F. McAVOY, CLERK

ECF No 116

Name of Offender: Aaron Phelan Updyke          Case Number: 0980 1:22CR02016-SAB-1

Address of Offender: ████████████████████, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 22, 2023

Original Offense:          Distribution of a Mixture or Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. § 841( a)(1), (b)(1)(C)

Original Sentence:     Probation: 5 years          Type of Supervision: Probation

Asst. U.S. Attorney:   Benjamin David Seal          Date Supervision Commenced: February 22, 2023

Defense Attorney:      Craig Donald Webster          Date Supervision Expires: February 21, 2028

**PETITIONING THE COURT**

To issue a summons.

On March 1, 2023, a probation officer met with Mr. Updyke and reviewed the conditions of probation outlined in the judgment.  Mr. Updyke indicated he understood the conditions of probation.

The probation officer believes that the offender has violated the following condition of probation.

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Updyke is alleged to have violated special condition #3 by being discharged from outpatient treatment at Barth and Associates on or about April 24, 2026.

On April 24, 2026, U.S. Probation received a letter from Barth and Associates.  The letter stated Mr. Updyke is unable or is unwilling to follow through with recommended treatment modifications and his file has been closed.

On April 28, 2026, U.S. Probation contacted Mr. Updyke to discuss his lack of compliance with treatment.  Mr. Updyke reported he has been missing treatment because he is working full time for a trucking company and his schedule is unpredictable.

Prob12C
**Re: Updyke, Aaron Phelan**
**April 28, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      April 28, 2026

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[  ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

4/28/2026

Date